LAW OFFICES OF RODNEY T. LEWIN, APC
RODNEY T. LEWIN, SBN 71664
8665 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211
Telephone: (310) 659-6771
Fax:          (310) 659-7354
Rod@rtlewin.com

Attorneys for Defendant ALEX ALMANSKY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACK SHOP TIEFKUHL GMBH, a Foreign Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GN TRADE, INC, a California Corporation, VLADIMIR DEMIN, VLADIMIR SHEVCHENKO, ALEX ALMANSKY and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:12-CV-00540-WBS-KJN<br><br>**ORDER**<br><br>Courtroom: 5, 14th Floor<br>Judge: Hon. William B. Shubb<br>Complaint Filed: February 29, 2012<br>**Hearing Date:** June 11, 2012 @ 2:00 p.m. |

AND NOW, upon consideration of Defendant Alex Almansky's Request For Telephonic Appearance at the June 11, 2012 Status Conference (the "Request"), IT IS HEREBY ORDERED that the Request is GRANTED. Accordingly, Mr. Almansky's counsel of record, Rodney T. Lewin, is hereby authorized to appear telephonically on behalf of Mr. Almansky at the June 11, 2012 Status Conference, and Mr. Lewin has agreed to be available at telephone number 310-659-6771. **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call for the scheduling conference now set on June 11th, 2012 at 2:00 p.m. PDT.**

1.
C:\CAED\iFolder\DSHU2\inBOX\Signed\12cv540 Back Shop - Order Upon Deft Almansky's Cnsl's Req to Appr by Phone at Schedg Conf.doc

**ORDER**

IT IS SO ORDERED.

DATED:  June 4, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2.
C:\CAED\iFolder\DSHU2\inBOX\Signed\12cv540 Back Shop - Order Upon Deft Almansky's Cnsl's Req to Appr by Phone at Schedg Conf.doc

**ORDER**