UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BACK SHOP TIEFKÜHL GMBH, a foreign corporation,

    Plaintiff,

  v.

GN TRADE, INC., A California Corporation; VLADIMIR DEMIN; VLADIMIR SHEVCHENKO; ALEX ALMANSKY; and DOES 1 through 10, inclusive,

    Defendants.

NO. CIV. 2:12-540 WBS KJN

ORDER

----oo0oo----

Dimitriy Shchebenko, Esq., seeks to withdraw from his representation of defendants Vladimir Demin and GN Trade, Inc. ("defendants"). At a hearing on July 30, 2012, Shchebenko appeared; however, neither Demin nor a representative for GN Trade, Inc., appeared. At the hearing, Shchebenko stated that he had informed his clients about the consequences of his withdrawal, including the fact that GN Trade, Inc., cannot appear pro se, D-Beam Ltd. P'ship v. Roller Derby Skates, Inc., 366 F.3d 972, 974 (9th Cir. 2004), and thus its default may be taken if it

1

fails to obtain representation.

Because defendants failed to appear at the hearing, the court was unable to satisfy itself that defendants understand the consequences of the court granting Shchebenko's motion to withdraw. The court will therefore reschedule the hearing on the motion to withdraw and order defendants to appear.

IT IS THEREFORE ORDERED that the motion to withdraw (Docket No. 20) is reset for August 13, 2012 at 2:00 p.m. in Courtroom No. 5, which is located on the fourteenth floor of the Robert T. Matsui Federal Building, 501 I Street, Sacramento, CA. Defendants Vladimir Demin and a representative of GN Trade, Inc., are ordered to appear in person for the hearing. Failure of Demin and a representative of GN Trade, Inc., to appear at the hearing may amount to contempt of court and could result in sanctions being imposed against defendants. Shchebenko is ordered to serve this Order on Demin and GN Trade, Inc., within five days of the date of this Order and file a copy of the proof of service with the court.

DATED:  July 31, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE