UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BACK SHOP TIEFKÜHL GMBH, a foreign corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>GN TRADE, INC., A California Corporation; VLADIMIR DEMIN; VLADIMIR SHEVCHENKO; ALEX ALMANSKY; and DOES 1 through 10, inclusive,<br><br>           Defendants. | NO. CIV. 2:12-540 WBS KJN<br><br>ORDER TO SHOW CAUSE |

----oo0oo----

Dimitriy Shchebenko, Esq., seeks to withdraw from his representation of defendants Vladimir Demin and GN Trade, Inc. (collectively "defendants"). After defendants failed to appear at the hearing on the motion to withdraw set for July 30, 2012, the court issued an order on July 31, 2012 requiring Demin and a representative of GN Trade, Inc., to appear in person for a hearing on August 13, 2012. (Docket No. 27.) The court warned that defendants' failure to appear may amount to contempt of

1

court and could result in sanctions being imposed against them. The court ordered Shchebenko to serve the July 31, 2012 Order on defendants; Shchebenko filed a proof of service indicating that he mailed the Order to defendants, but was unable to personally serve defendants or verify that defendants received the Order. (Docket No. 28.)

The matter came on for hearing on August 13, 2012, and Shchebenko was present, but neither Demin nor a representative of GN Trade, Inc., appeared.  The court reiterates and emphasizes that it needs to have the appropriate representative of the corporation present in order to assure that the corporations appreciates the dire consequence of its attorney's request to withdraw and has considered all other available options.  The court will therefore set a third hearing and ensure that defendants receive notice of the hearing.

IT IS THEREFORE ORDERED that the motion to withdraw (Docket No. 20) is reset for September 10, 2012, at 2:00 p.m. in Courtroom No. 5, which is located on the fourteenth floor of the Robert T. Matsui Federal Building, 501 I Street, Sacramento, CA. **Defendants Vladimir Demin and a representative of GN Trade, Inc., are ordered to appear in person for the hearing and show cause why they should not be held in contempt of court for their failure to appear at the August 13, 2012 hearing.  Demin and GN Trade, Inc., may be adjudged in contempt of court, have sanctions levied against them, including the entry of their default, if they fail to appear at the September 10, 2012 hearing.**

The Clerk of the Court shall serve a copy of this Order via **certified mail** on Vladimir Demin and GN Trade, Inc. at the

following addresses: (1) 5051 College Oak Dr., Sacramento, California 95841; (2) c/o Bäcker Bäck, 2601 Marconi Ave, Suite F6, Sacramento, California 95821; and (3) 7441 Thalia Way, Citrus Heights, California 95621.  The Clerk shall also fax a copy of this Order to (916) 332-8574, which is the fax number provided on the GN Trade, Inc., website.

Counsel for plaintiff shall also appear at the hearing.

IT IS SO ORDERED.

DATED: August 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE