RODNEY T. LEWIN, ESQ., SBN 71664
LAURA I. SHIDLOVITSKY, ESQ., SBN. 231096
LAW OFFICES OF RODNEY T. LEWIN
8665 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211
Telephone:  (310) 659-6771
Fax:            (310) 659-7354

Attorneys for Defendant ALEX ALMANSKY

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACK SHOP TIEFKUHL GMBH, a Foreign Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GN TRADE, INC, a California Corporation, VLADIMIR DEMIN, VLADIMIR SHEVCHENKO, ALEX ALMANSKY and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 2:12-CV-00540-WBS-KJN**<br><br>**ORDER**<br>_____<br><br>**Courtroom**: 5, 14th Floor<br>**Judge**: Hon. William B. Shubb<br><br>**Complaint Filed**: February 29, 2012<br>**Trial Date:** October 29, 2013 |

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the Final Pretrial Conference currently set for September 30, 2013 be and hereby is continued to March 31, 2014, at 10:00 a.m. IT IS FURTHER ORDERED that trial in this action, currently set for October 29, 2013 be and hereby is continued to April 29, 2014.

**IT IS SO ORDERED**.

Dated:  September 11, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE