GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff
Back Shop Tiefkühl GmbH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACK SHOP TIEFKÜHL GMBH, a Foreign Corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GN TRADE, INC., A California Corporation; VLADIMIR DEMIN; VLADIMIR SHEVCHENKO; ALEX ALMANSKY; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.  2:12-CV-00540-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT VLADIMIR SHEVCHENKO WITH PREJUDICE**<br><br>Complaint Filed: February 29, 2012<br>Trial Date:         October 29, 2013 |

## **STIPULATION**

It is hereby stipulated and agreed that all claims brought in this action, Civil Case No. 2:12-CV-00540-WBS-KJN, between Plaintiff Back Shop Tiefkuhl GmbH and Defendant Vladimir Shevchenko are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees incurred in this action, and Defendant Vladimir Shevchenko hereby waives recovery of same.

A proposed Order of Dismissal consistent with this Stipulation is submitted herewith.

/ / /

/ / /



IT IS SO STIPULATED.

Agreed to and Accepted by:

DATED: October 14, 2013         **MILLSTONE PETERSON & WATTS, LLP**
                                *Attorneys at Law*


                                By:     /s/ Glenn W. Peterson
                                        GLENN W. PETERSON

                                Attorneys for Plaintiff
                                Back Shop Tiefkühl GmbH

DATED: October 14, 2013         **LAW OFFICES OF RODNEY T. LEWIN**


                                By:     /s/ Laura Shidlovitsky
                                        LAURA SHIDLOVITSKY
                                        (AS AUTHORIZED ON 10/14/13)

                                Attorneys for Defendant
                                Alex Almansky


DATED: October 14, 2013


                                By:     /s/ Vladimir Shevchenko
                                        VLADIMIR SHEVCHENKO
                                        (AS AUTHORIZED ON 10/14/13)

                                Defendant In Pro Per

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT VLADIMIR SHEVCHENKO WITH PREJUDICE**

# ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, all claims against Defendant Vladimir Shevchenko in Civil 2:12-CV-00540-WBS-KJN are hereby dismissed with prejudice. Said Defendant has waived costs pursuant to stipulation.

Dated:  October 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT VLADIMIR SHEVCHENKO WITH PREJUDICE**